UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Leda Reed, as the Personal
Representative of the Estate
of Anthony Demone Clark-Reed,

        Plaintiff,
  -vs-

THE CITY OF DETROIT, a Michigan
Municipal Corporation, OFFICER
TRACY MORENO, OFFICER
ROBIN CARVER, OFFICER ERIC CARTHAN,
in their Official capacities and individually,
Jointly & Severally,

        Defendants.

Hon. Linda Parker
Case No. 18-10427

_____/

**Herbert A. Sanders (P43031)**
**The Sanders Law Firm, P.C.**
Attorney for Plaintiff
The Ford Building
615 Griswold St., Ste. 913
Detroit, MI 48226
(313) 962-0099
haslawpc@gmail.com

**CRYSTAL B. Olmstead (P69202)**
**City of Detroit Law Department**
Attorney for Defendants
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-5051
Fax:  (313) 224-5505
olmstedc@detroitmi.gov

**Shawndrica N. Simmons (P70608)**
Attorney for Plaintiff
77 Bagley St.
Pontiac MI 48341
(248) 732-7559
Fax:  248) 268-0168
legalservices@shawndricasimmons.com

_____/

**PLAINTIFF'S INDEX OF EXHIBITS**

1. Deposition Transcript of Officer Carthan, Vol. I
2. Deposition Transcript of Officer Carthan, Vol. I
3. Deposition Transcript of Officer Moreno
4. Photo of Plaintiff-Decedent's Vehicle
5. City of Detroit Force Investigation Report
6. Werner U. Spitz, M.D. – Opinion
7. Officer Moreno Incident Report
8. Climer v Dollenbeck – Case
9. U.S. v Fordham – Case
10. Getz v Swoap – Case
11. Champion v Outlook Nashville, Inc. – Case
12. Martin v City of Broadview – Case
13. Declaration of Barbee