# EXHIBIT 4


