# EXHIBIT 5

To: Commander DeShaune S. Sims, Professional Standards Bureau (t.c.)   June 30, 2015

Subject: FINAL ADMINISTRATIVE REVIEW FIB. 15-008   Page 6

From: Sergeant Shannon Rhinehart, Force Investigation

### PREVIOUS CONVICTIONS AND OR ARRESTS

A LEIN query was conducted for Mr. Anthony Clark-Reed which revealed no prior arrest. (Document 91-a-u)

### EVALUATION OF PROBABLE CAUSE

On March 30, 2015, at approximately 9:00 P.M., scout 4-33, manned by Officers Moreno, Carver and Carthan observed a red 2006 Dodge Charger, bearing MI license plate BARB33B, with dark tinted windows, at the stop light on W. Vernor, driven by Mr. Clark-Reed. This prompted probable cause for the officers to initiate a traffic stop to further investigate the Charger.

### SCENE DESCRIPTION

The incident took place on W. Vernor just west of Cabot. The vehicle, a red 2006 Dodge Charger, bearing MI license plate BARB33B was facing west bound in front of 8748/8746 W. Vernor. It was dark outside and there was ample artificial lighting from the street lights and surrounding businesses. The weather was clear; no precipitation.

### INVOLVED OFFICER(S)

#### Police Officer Eric Carthan, badge 2507, assigned to the Fourth Precinct

The following is a synopsis of a Garrity interview I conducted on April 28, 2015, at approximately 4:25 P.M., at 1301 3rd, suite 319, with Officer Carthan in the presence of Attorney John Goldpaugh:

| | | |
|---|---|---|
| To: | Commander DeShaune S. Sims, Professional Standards Bureau (t.c.) | June 30, 2015 |
| Subject: | FINAL ADMINISTRATIVE REVIEW FIB. 15-008 | Page 14 |
| From: | Sergeant Shannon Rhinehart, Force Investigation | |

Data 911 Video

Scout car 073710, used by Scout 4-33, was not equip with video equipment.

VEHICLES INVOLVED

(1.) Red, 2006 Dodge Charger, MI license plate BARB33B, VIN 2B3KA53H86H412628

Scout car 073710

MEDICAL INFORMATION

On March 30, 2015, Mr. Clark-Reed was conveyed to ▓▓▓ where he expired and was pronounced deceased by Dr. ▓▓▓▓▓▓ at 9:57PM; recorded in chart ▓▓▓▓▓.

According to the Wayne County Medical Examiner's report Mr. Clark-Reed's cause of death was asthma with a contributory factor of morbid obesity. (Document 10-1a-d)

CONSULTATION WITH WAYNE COUNTY PROSECUTOR'S OFFICE

N/A

ISSUES AND DISCREPANCIES

**Which officer placed the inhaler in Mr. Clark-Reed's mouth?**

During Officer Cathan's Garret [Garrity] interview

**What light source illuminated the inside of Mr. Clark-Reed's vehicle allowing the officers to see inside?**

According to the statement made by Officer Carver