# EXHIBIT 7

# DETROIT POLICE DEPARTMENT FOLLOW UP REPORT

**DETROIT POLICE DEPARTMENT**

Case No. **1503300406**
Report No. **1503300406**
Report Date: **3/31/2015**

**1**
Page 1 of 3

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Subject: | 4/4 33/In Custody Death | | | | |
| Case Report Status | A  APPROVED | Date Entered | 3/31/2015 1:05:21 AM | Reporting Officer | MORENO  TRACY |
| County | 82  WAYNE | Entered By | MORENO  TRACY | | |
| City/Township | DETROIT | Date Verified | 3/31/2015 7:44:50 AM | | |
| | | Verified By | TOMSIC  PATRICK | Assisted By | |
| Occurred On | 3/30/2015  :00:00 PM | Date Approved | 4/1/2015 3:42:50 PM | | CARTHAN  ERIC |
| (and Between) | | | | | CARVER  ROBIN |
| Location | VERNOR/LAWNDALE | Approved By | BOYLE  MICHAEL | | |
| CSZ | DETROIT MI  4820 | Connecting Cases | | Assist Agency | |
| Census/Geo Code | 5241 | Disposition | ACTIVE | | |
| Grid | SW5  0205 | Tactical Actions | | | |
| Call Source | | Clearance Reason | | | |
| | | Date of Clearance | | | |
| Vehicle Activity | | Reporting Agency | DETROIT POLICE DEPARTMENT | | |
| Vehicle Traveling | | Division | 2nd/Southwest District | | |
| Cross Street | | Notified | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | | | | |

**Report Narrative**

NO FORCE USED

PO MORENO T BADGE 3036
PO CARVER R BADGE 2845
PO CARTHAN E BADGE 2507

A  NONE 1 VICTIM   OHN DOE BM 24   POSSIBLE ID INFO OF ANTHONY DEMONE CLARK REED BM 1/22/  1 6451 WILLETTE

S  T/S VERNOR AND MULLANE FOR TINTED WINDOWS

C  MY PARTNERS AND I WHILE WORKING SCOUT 433 IN MARKED SCOUT CAR AND MODIFIED UNIFORM WERE ON PATROL IN THE AREA OF VERNOR AND MULANE WHEN I OBSERVED A RED DODGE CHARGER WITH TINTED WINDOWS STOPPED AT THE LIGHT  THE VEHICLE WHICH WAS STOPPED FACING WEST HAD A PLATE # OF BARB338  I GOT BEHIND THE VEHICLE AND AS THE LIGHT TURNED GREEN THE CHARGER BEGAN TO PULL THROUGH THE INTERSECTION AT WHICH TIME I ACTIVATED MY IN DASH LIGHTS TO EFFECT A TRAFFIC STOP  THE RED CHARGER CONTINUED TO TRAVEL WEST ON VERNOR ALTHOUGH I HAD MY LIGHTS AND SIRENS ON   WHILE THE VEHICLE CONTINUED TO TRAVEL WEST I COULD SEE THAT THE DRIVER HAD BEGUN TO REACH TO HIS RIGHT NEAR THE PASSENGER SIDE AREA  THE DRIVER MADE SEVERAL LUNGING MOTIONS TO HIS RIGHT WHILE DRIVING FOR ALMOST 6 BLOCKS WITH LIGHTS AND SIRENS AT A SPEED OF ABOUT 30 MPH BEFORE FINALLY PULLING OVER BETWEEN LAWNDALE AND CABOT  MY PARTNERS AND I E ITED OUR SCOUT CAR AND APPROACHED THE VEHICLE WITH ME ON THE DRIVER SIDE AND MY TWO PARTNERS ON THE PASSENGER SIDE  AS I SLOWLY APPROACHED THE VEHICLE I GAVE LOUD VERBAL COMMANDS TO THE DRIVER TO ROLL DOWN ALL THE WINDOWS TO THE CAR TO WHICH HE DID  I THEN GAVE A VERBAL COMMAND FOR THE DRIVER TO TURN OFF THE VEHICLE WHICH HE ALSO DID  ONCE THE CAR WAS SHUT OFF I THEN GAVE COMMANDS FOR THE DRIVER TO PLACE HIS HANDS BEHIND HIS HEAD AND TO INTER LOCK HIS FINGERS WHICH HE ALSO DID BUT THEN QUICKLY MOVED HIS RIGHT HAND AND I AGAIN GAVE VERBAL COMMANDS TO PLACE HIS HANDS BEHIND HIS HEAD WHICH HE AGAIN DID  I WALKED TOWARD THE DRIVER SIDE OF THE WINDOW DURING WHICH TIME HE AGAIN MOVED HIS RIGHT HAND AND I GAVE ANOTHER COMMAND FOR HIM TO PLACE HIS HANDS BEHIND HIS HEAD WHICH HE DID  I THEN OPENED THE DOOR TO THE VEHICLE AND PLACED MY HANDS OVER THE HANDS OF THE DRIVER  I THEN ASKED HIM TO SLOWLY E IT THE VEHICLE AND TO LAY ON THE GROUND DUE TO HIS VERY LARGE SIZE WHICH HE COMPLIED  I THEN WHILE STANDING OVER THE DRIVER BEGAN TO PLACE HIM IN HAND CUFFS DURING WHICH TIME THE DRIVER BEGAN TO SPEAK TO ME  THE DRIVER SAID   HEY MAN CAN YOU DO ME A FAVOR  I THINK I'M HAVING AN ASTHMA ATTACK CAN YOU GET MY INHALER    AFTER THE DRIVER WAS PLACED INTO HAND CUFFS I ALONG WITH MY PARTNER (PO CARTHAN ) HELPED THE DRIVER TO HIS FEET AND ON HIS OWN HE WAS ABLE TO WALK BACK TOWARD THE PASSENGER SIDE OF MY SCOUT CAR  WHILE STANDING AT THE SIDE OF OUR SCOUT CAR THE DRIVER BEGAN TO HAVE LABORED BREATHING WHILE STANDING AND AGAIN ASKED FOR HIS INHALER  MY OTHER PARTNER PO CARVER THEN GRABBED A SMALL GRAY ASTHMA INHALER FROM THE DRIVERS VEHICLE AND HANDED IT TO ME  I SHOWED THE INHALER TO THE DRIVER AND ASKED  IS THIS YOURS  TO WHICH HE NODDED HIS HEAD YES  I THEN ASKED HIM   YOU WANT THIS ' TO WHICH HE AGAIN NODDED HIS HEAD YES AND I HELD UP THE INHALER AND HE PLACED HIS MOUTH AROUND THE INHALER AS I ACTIVATED IT AND HE BEGAN TO INHALE  AFTER USING THE INHALER THE DRIVER THEN STATED  IM GONNA PISS ON MYSELF    AND THEN SAID THE THE WORD  AMBULANCE   AT WHICH TIME MY PARTNER PO CARVER WENT OVER THE RADIO AND REQUESTED AN AMBULANCE FOR A MAN HAVING AN ASTHMA ATTACK   UST SECONDS AFTER ORDERING EMS THE

NetRMS_MICR.rtf v2f

Printed For: _____

EX7

# DETROIT POLICE DEPARTMENT FOLLOW UP REPORT

DETROIT POLICE DEPARTMENT

Case No. **1503300406**
Report No. **1503300406**
Report Date: **3/31/2015**

**2**

Page 2 of 3

DRIVER BEGAN TO LOOSE HIS BALANCE AND BEGAN TO LEAN AGAINST THE SCOUT CAR  UST A FEW MOMENTS LATER HE THEN FELL BACK ON TO T HE HOOD OF THE CAR AND BEGAN TO SLIDE OFF OF THE HOOD  MY PARTNER PO CARTHAN AND I WERE UNABLE TO HOLD UP THE DRIVER WHO BEGAN TO SLUMP OVER ON THE GROUND  I QUICKLY UN CUFFED THE DRIVER AND WE ROLLED HIM ONTO HIS LEFT SIDE WITH HIS ARMS OUT STRETCHED  WHILE LAYING ON HIS SIDE THE DRIVER'S LABORED BREATHING BEGAN TO SLOW SIGNIFICANTLY AND HE BEGAN TO GURGLE AND FOAM AT THE MOUTH AT WHICH TIME WE ASKED FOR AN ETA FOR EMS BUT NONE WAS AVAILABLE  AFTER ABOUT 30 SECONDS IT APPEARED THAT THE DRIVER HAD STOPPED BREATHING AND MY PARTNERS CHECKED FOR A PULSE BUT WERE UNABLE TO FIND ONE AT WHICH TIME I ALONG WITH PO CARTHAN ROLLED HIM ONTO HIS BACK AND I BEGAN TO CLEAR THE AIRWAY AND BEGAN CHEST COMPRESSIONS  PO CARVER NOTIFIED RADIO THAT WE WERE BEGINNING CPR AND PO CARVER HAD RETRIEVED A POCKET MASK AND WE BEGAN CPR WITH ME PERFORMING CHEST COMPRESSIONS WHILE PO CARVER GAVE BREATHS TO THE DRIVER  PO CARVER AND I PERFORMED CPR UNTIL THE ARRIVAL OF MEDIC  WHO BEGAN  TREATMENT BY ALSO PERFORMING CPR AND THEN CONVEYING HIM TO DRH FOR TREATMENT  WHILE AT THE SCENE CODE 47  SGT  HAMOOD MADE THE LOCATION ALONG WITH SCOUT 4 1 AND CODE 4 60 LT QUARELLO  CODE 4 10 MADE DRH FOR CHART AND CONDITION INFORMATION  WHERE THE DRIVER WAS PRONOUNCED DECEASED BY DR  BRIAN KERN CHART # 11373637

MY PARTNERS AND I STOOD BY TO HOLD THE SCENE FOR HOMICIDE AND EVIDENCE TECHS  WHILE STANDING BY AT THE SCENE MY PARTNERS SEARCHED THE VEHICLE TO SEE WHAT THE DRIVER MAY HAVE BEEN ATTEMPTING TO CONCEAL BUT FOUND NOTHING IN THE CAR BUT DID OBSERVE A LARGE AMOUNT OF MONEY IN THE DOOR  AM OF THE DRIVER SIDE OF THE CAR AND INSIDE OF THE CENTER CONSOLE  WHILE SEARCHING THE CAR SOME PAPER WORK WAS FOUND WITH THE NAME OF ANTHONY CLARK  REED  PER LEIN WE FOUND ANTHONY DEMONE CLARK REED BM 1/22/ 1 WHO HAD A SIMILAR PHYSICAL DESCRIPTION OF THE DRIVER HOW EVER WE WERE UNABLE TO OBTAIN A PHOTO TO CONFIRM THE IDENTITY  WHILE AT THE SCENE WE WERE NOTIFIED BY SCOUT 4 10 THAT SUSPECTED HEROIN HAD BEEN RECOVERED FROM THE BODY OF THE DRIVER WHICH WAS COLLECTED BY SCOUT 4 10  WE CONTINUED TO HOLD THE SCENE WHILE CODE 2401 CAPTAIN SZALAGY MADE THE SCENE AS WELL AS CAPTAIN CHAMBERS OF THE 4TH PRECINCT AS WELL AS UNITS FROM HOMICIDE  WE STOOD  BY UNTIL THE VEHICLE WAS TOWED TO GENES FOR EVIDENCE AND THEN CLEARED THE SCENE

O  SEE ABOVE

T  1 RED 06 DODGE CHARGER PL# BARB338 TOWED TO GENES TOW FOR EVIDENCE

**Offense Detail:** 54 MISCELLANEOUS  GENERAL NON CRIMINAL

| | | | | | |
|---|---|---|---|---|---|
| Offense Description | 54 MISCELLANEOUS  GENERAL NON CRIMINAL | | | | |
| IBR Code | | Location | 13 HIGHWAY/ROAD/ALLEY | | |
| IBR Group | | Offense Completed | YES | No. Prem. Entered | |
| Crime Against | | Hate/Bias | 00 NONE (NO BIAS) | Entry Method | |
| Offense File Class | 00 | Domestic Violence | NO | Type Security | |
| PACC | | | | Tools Used | |
| Local Code | | | | | |
| Using | | | | | |
| Criminal Activity | | | | | |
| Weapons | | | | | |

## Victim V1: CLARK REED  ANTHONY

| | | | | | |
|---|---|---|---|---|---|
| Victim Code | V1 | Victim Of | 54 MISCELLANEOUS  GENERAL NON CRIMINAL | | |
| Victim Type | I INDIVIDUAL | | | | |
| Name | CLARK REED  ANTHONY | DOB | 1/22/1  1 | Place of Birth | |
| AKA | | Age | 24 | SSN | |
| Alert(s) | | Sex | M MALE | DLN | |
| | | Race | B BLACK | DLN State | |
| Address | | Ethnicity | U UNKNOWN | DLN Country | |
| CSZ | | Ht. | | Occupation/Grade | |
| | | Wt. | | Employer/School | |
| Home Phone | | Eye Color | | Employer Address | |
| Work Phone | | Hair Color | | Employer CSZ | |
| Email Address | | Facial Hair | | Res. County | |
| | | Complexion | | Res. Country | |
| Attire | | | | Resident Status | U UNKNOWN |
| Injury | | | | Testify | |
| Circumstances | | | | | |

NetRMS_MICR.rtf v2f