## INDEX OF EXHIBITS

EXHIBIT "A"     AFFIDAVIT OF ERIC CARTHAN

EXHIBIT "B"     DEPOSITION TRANSCRIPT OF TRACY MORENO

EXHIBIT "C"     DEPOSITION TRANSCRIPT OF LEDA REED

    Respectfully submitted,

    /s/ Crystal B. Olmstead
    CRYSTAL B. OLMSTEAD (P69202)
    City of Detroit Legal Department
    Attorney for Defendants