UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Leda D. Reed,

                     Plaintiff(s),

v.                                     Case No. 4:18−cv−10427−LVP−EAS
                                                     Hon. Linda V. Parker

City of Detroit, et al.,

                     Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Stafford pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                     s/Linda V. Parker
                                                     Linda V. Parker
                                                     United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                     s/R Loury
                                                   Case Manager

Dated:  October 8, 2019