# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LEDA D. REED,

        Plaintiff,

v.                                           Case No. 18-10427
                                            Honorable Linda V. Parker

CITY OF DETROIT, et al

        Defendants.
_____/

## ORDER RESCINDING THE REFERRAL

The Order Referring Other Matters to Magistrate Judge Elizabeth A. Stafford [ECF No. 32], that was signed by District Judge Linda V. Parker is **RESCINDED.**

       **IT IS SO ORDERED.**

                                             S/ Linda V. Parker
                                             LINDA V. PARKER
                                             U.S. DISTRICT JUDGE

Dated: October 11, 2019