# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 19, 2021

Ms. Linda Denise Fegins
City of Detroit Law Department
2 Woodward Avenue
Suite 500
Detroit, MI 48226

Mr. Herbert A. Sanders
Law Offices
615 Griswold
Suite 913
Detroit, MI 48226

Ms. Shawndrica Simmons
Simmons Legal Services
77 Bagley Street
Pontiac, MI 48341

Re: Case No. 19-2213, *Leda Reed v. City of Detroit, MI, et al*
Originating Case No. 4:18-cv-10427

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Monica M. Page
Case Manager
Direct Dial No. 513-564-7021

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 19-2213

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

LEDA D. REED, as Personal Representative of Estate of Anthony Demone Clark-Reed

    Plaintiff - Appellee

v.

CITY OF DETROIT, MI

    Defendant

and

TRACEY MORENO; ROBIN CARVER; ERIC CARTHAN

    Defendants - Appellants

Upon consideration of the appellee's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

    **ENTERED BY ORDER OF THE COURT**
    Deborah S. Hunt, Clerk

Issued: February 19, 2021