**United States District Court**
**Eastern District of Michigan**
**Southern Division**

Leda Reed,

    Plaintiff(s),                                                                              Case No. 18-10427

v                                                                                           Hon.:  Linda V. Parker

City of Detroit, **Eric Carthan, Tracy Moreno and Robin Carver**

    Defendant(s).
_____/

## **STIPULATED ORDER TO DISMISS CAUSE**

This matter coming before the Court upon stipulation of the undersigned counsel for entry of an order dismissing this action, the Court being advised in the premises,

**IT IS ORDERED that:**

1. This action is dismissed with prejudice and without costs and without attorney fees to any party.

2. This order resolves the last pending claims and closes the case.

**IT IS SO ORDERED**.

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: February 26, 2021

The undersigned stipulate to entry of the above order:

| | |
|---|---|
| /s/ Herbert Sanders w/permission | /s/ Crystal Olmstead |
| Attorney for Plaintiff | Crystal Olmstead 69202 |
| Herbert A. Sanders | Attorney for Defendant City |
| The Sanders Law Firm, P.C. | City of Detroit Law Dept. |
| 615 Griswold, Suite 913 | 2 Woodward Avenue #500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| | olmsteadc@detroitmi.gov |